FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIFONZO V.,<br><br>      Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | No. 1:25-CV-03161-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 19. The motion was considered without oral argument. Plaintiff is represented by D. James Tree. Defendant is represented by Lillian J. Lee and Joseph Derrig.

The parties stipulate that the above-captioned case be reversed and remanded for further administrative proceedings. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, ECF No. 19, is **GRANTED**.

2. The decision of the Commissioner is reversed and remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the ALJ should further consider Plaintiff's maximum residual functional capacity during the entire period at issue and provide rationale with specific references to evidence of record in support of assessed limitations. Social

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

Security Ruling(s) 85-16 and 96-8p. In so doing, evaluate the medical source opinion(s) and/or prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c. The ALJ should also offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

    3. Judgement shall be entered in favor of Plaintiff and against Defendant.

    4. After judgment, Plaintiff may be entitled to reasonable attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 18th day of February 2026.



                Stan Bastian
      Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2